## STATE v. MICHAELS

No. 95P90

Case below: 97 N.C.App. 334

Petition by defendant for writ of supersedeas and temporary stay denied 5 April 1990. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 April 1990.

## STATE v. MONTGOMERY

No. 47P90

Case below: 97 N.C.App. 143

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 April 1990.

## STATE v. STRICKLAND

No. 53P90

Case below: 96 N.C.App. 642

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 April 1990.

## STATE v. TESSENAIR

No. 51P90

Case below: 97 N.C.App. 334

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 April 1990.

## SUMMEY OUTDOOR ADVERTISING v. COUNTY OF HENDERSON

No. 34P90

Case below: 96 N.C.App. 533

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 April 1990.